| | | | |
|---|---|---|---|
| Case No. | SACV 17-01056-CJC (DFMx) | Date | September 20, 2017 |
| Title | Rodger Fadness v. Guess Retail, Inc. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

---

      This action was filed on June 16, 2017. On September 15, 2017, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before September 19, 2017 why this action should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

      The Court further orders the Order to Show Cause [8] issued on September 15, 2017 discharged.

                                                                             -     :     -

                                             Initials of Deputy Clerk    mku

cc: